UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, a non-profit corporation,<br><br>**PLAINTIFF**,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, a United States Government Agency,<br><br>**DEFENDANT**. | Civil No.: 3:12-cv-01751-AC<br><br>**STIPULATED ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE ANSWER** |

ACOSTA, United States Magistrate Judge

The parties' Joint Motion for Extension of Deadline to File Answer is GRANTED, and IT IS SO ORDERED THAT,

Plaintiff Northwest Environmental Advocates shall file its second amended complaint on November 28, 2012.

Defendant United States Environmental Protection Agency shall have until January 11, 2013 to file its answer or otherwise respond to plaintiff's second amended complaint.

DATED this _____ of _____, 2012

_____
JOHN V. ACOSTA
United States Magistrate Judge

Submitted by:

BRYAN TELEGIN, OSB # 105253
Bricklin & Newman, LLP
1001 4th Ave., Ste. 3303
Seattle, WA 98154
Tel: (206) 264.8600
Fax: (206) 264.9300
Email: telegin@bnd-law.com