KENT E. HANSON
United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
(206) 220-4198
kent.hanson@usdoj.gov

CLIFFORD E. STEVENS, JR.
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street NW
Washington, DC 20004
(202) 353-7548
clifford.stevens@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation, | Civil No.: 3:12-cv-01751-AC |
| Plaintiff, | |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, | **[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND RESPONSES TO OBJECTIONS** |
| Defendant, | |
| and | |
| STATE OF OREGON; OREGON WATER QUALITY STANDARDS GROUP; THE FRESHWATER TRUST | |
| Intervenors-Defendants. | |

The Court grants the requested extensions of the due dates for filing objections to Magistrate Judge Acosta's October 12, 2016 Findings and Recommendations in this matter. Objections are due November 18, 2016, and any responses to objections are due December 9, 2016.

IT IS SO ORDERED:

DATED: _____          _____