KENT E. HANSON
United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(206) 220-4198
kent.hanson@usdoj.gov

CLIFFORD E. STEVENS, JR.
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street NW
Washington, DC 20004
(202) 353-7548
clifford.stevens@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency,<br><br>Defendant,<br><br>and<br><br>STATE OF OREGON; OREGON WATER QUALITY STANDARDS GROUP; THE FRESHWATER TRUST<br><br>Intervenors-Defendants. | Civil No.: 3:12-cv-01751-AC<br><br><br><br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** |

## MOTION

Federal Defendant the United States Environmental Protection Agency ("EPA") requests that the Court extend by three weeks the briefing schedule established by the Scheduling Order (ECF No. 157) and enter the following schedule:

Response Brief of Defendant U.S. Environmental Protection Agency is due 2/16/2018.

Response Briefs of Intervenors State of Oregon, Oregon Water Quality, Standards Group, and The Freshwater Trust is due 3/16/2018.

Reply Brief of Plaintiff Northwest Environmental Advocates is due 5/11/2018.

Pursuant to Local Rule 7, counsel for EPA conferred with counsel for all parties and obtained their consent to this motion.

## BACKGROUND AND SUPPORT FOR MOTION

1.  On September 13, 2017, the Court entered a Scheduling Order (ECF No. 157) adopting the briefing schedule proposed by the parties. Among other things, the Order provided:

    Opening Brief of Plaintiff Northwest Environmental Advocates is due 11/17/2017. Response Brief of Defendant U.S. Environmental Protection Agency is due 1/26/2018. Response Briefs of Intervenors State of Oregon, Oregon Water Quality, Standards Group, and The Freshwater Trust is due 2/23/2018. Reply Brief of Plaintiff Northwest Environmental Advocates is due 4/20/2018.

2.  Plaintiff filed its opening brief on November 17, 2017.

3.  EPA requires additional time to prepare its response brief because of changes in the administration of EPA within the past several days, including a new EPA Assistant Administrator for the Office of Water and a new General Counsel. Extending the briefing schedule will allow EPA time to brief incoming administration officials with decision-making responsibility about this case, so that they may become familiar with the subject matter and issues presented. Requests to continue proceedings to allow time for new administration officials to become familiar with cases under their authority are customary. *See Brady Campaign to Prevent Gun Violence v. Salazar*, 612 F. Supp.

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** – Page 1

2d 1, 10 (D.D.C. 2009) (noting that an extension of a preliminary injunction briefing schedule was granted after a change in administration).

4.    All parties consent to extend the briefing schedule by three weeks.

Accordingly, EPA requests that the Court extend by three weeks the current briefing schedule.

>Respectfully submitted,
>
>JEFFREY H. WOOD
>Acting Assistant Attorney General
>U.S. Department of Justice
>Environment and Natural Resources Division
>
>*s/ Kent E. Hanson*
>KENT E. HANSON
>Environmental Defense Section
>Environment and Natural Resources Division
>United States Department of Justice
> P.O. Box 7611
>Washington, DC 20044-7611
>206-220-4198
>kent.hanson@usdoj.gov
>
>CLIFFORD E. STEVENS, JR.
>Wildlife and Marine Resources Section
>Environment and Natural Resources Division
>United States Department of Justice
>601 D Street NW
>Washington, DC 20004
>202-353-7548
>clifford.stevens@usdoj.gov
>
>Attorneys for Defendant

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** – Page 2