UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency,<br><br>Defendant,<br><br>and<br><br>STATE OF OREGON; OREGON WATER QUALITY STANDARDS GROUP; and THE FRESHWATER TRUST,<br><br>Intervenors-Defendants. | Civil No.: 3:12-cv-01751-HZ<br><br>**ORDER AMENDING FINAL ORDER AND JUDGMENT** |

This matter comes before the Court on the parties' Joint Motion to Amend Final Order and Judgment (ECF 222). The motion is GRANTED.

IT IS ORDERED that the deadlines established by ¶ 4 of the Final Order and Judgment

ORDER AMENDING FINAL ORDER AND JUDGMENT – Page 1

(ECF 207) by which the State of Oregon ("Oregon") is to submit and the U.S. Environmental Protection Agency ("EPA") is to approve replacement temperature Total Maximum Daily Loads ("TMDLs") for the waters that are the subject of the Final Order and Judgment are hereby extended by six months. The deadlines for such TMDLs are as follows:

| TMDL | Deadline for EPA Approval or Disapproval |
|---|---|
| Southern Willamette Subbasins | January 15, 2024 |
| Mid-Willamette Subbasins | January 15, 2024 |
| Lower Willamette Subbasins | January 15, 2024 |
| Willamette River Mainstem and Major Tributaries | February 28, 2025 |
| North Umpqua Subbasin | February 28, 2025 |
| South Umpqua and Umpqua Subbasins | February 28, 2025 |
| Applegate, Illinois, Lower Rogue, and Middle Rogue Subbasins | April 17, 2026 |
| John Day Basin | April 17, 2026 |
| Upper Rogue Subbasin | April 17, 2026 |
| Snake River-Hells Canyon | June 4, 2027 |
| Lower Grande Ronde, Imnaha, and Wallowa Basins | June 4, 2027 |
| Middle Columbia-Hood, Miles Creeks Basins | June 4, 2027 |
| Umatilla Basin-Walla Walla Subbasin | May 29, 2028 |
| Willow Creek Subbasin | May 29, 2028 |
| Malheur River Subbasins | May 29, 2028 |

The foregoing new deadlines also replace the deadlines referenced in ¶ 5 of the Final Order and Judgment and listed in the map attached as Attachment A to the Order.

Dated: October 19, 2020

*Marco Hernández*
Honorable Marco A. Hernández
United States District Judge

Approved as to form by:

*s/ Bryan Telegin*
Bryan Telegin, OSB #105253
Allison LaPlante, OSB #023614
*Attorneys for Plaintiff Northwest Environmental Advocates*

*s/ Kent E. Hanson*
Kent E. Hanson, CO Bar #7666
Clifford E. Stevens, DC Bar #463906
*Attorneys for Defendant U.S. Environmental Protection Agency*

*s/ Sadie Forzley*
Sadie Forzley, OSB #151025
*Attorneys for Intervenor-Defendant State of Oregon*

*s/ Michael R. Campbell*
Beth S. Ginsberg, OSB #070890
Michael R. Campbell, OSB #870016
*Attorneys for Intervenor-Defendant Oregon Water Quality Standards Group*

*s/ Brooks M. Smith*
Brooks M. Smith, VSB #40171 (pro hac vice)
Thane W. Tienson, OSB # 773741
*Attorneys for Intervenor-Defendant The Freshwater Trust*