UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency,<br><br>Defendant,<br><br>and<br><br>STATE OF OREGON; OREGON WATER QUALITY STANDARDS GROUP; and THE FRESHWATER TRUST,<br><br>Intervenors-Defendants. | Civil No.: 3:12-cv-01751-HZ<br><br>**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR ATTORNEY'S FEES AND COSTS** |

### I.      MOTION

Plaintiff Northwest Environmental Advocates ("NWEA") hereby moves to withdraw its pending Motion for Attorney's Fees and Costs (Dkt. # 228).

## II. MEMORANDUM IN SUPPORT

On November 18, 2020, NWEA filed its pending Motion for Attorneys' Fees and Costs. *See* Dkt. # 228.

On March 15, 2020, NWEA and EPA jointly notified the court that they had reached a settlement of NWEA's claim for attorney's fees and costs, and that NWEA would withdraw its pending motion once payment was made. *See* Dkt. # 235.

EPA has now made payment to NWEA pursuant to the settlement agreement. NWEA therefore moves to withdraw its pending Motion for Attorney's Fees and Costs.

## III. CONCLUSION

For the reasons above, NWEA withdraws its motion and requests that the Court strike its pending Motion for Attorneys' Fees and Costs (Dkt. # 228).

DATED this 6th day of April, 2021.

Respectfully submitted,

s/ *Bryan Telegin*
BRYAN TELEGIN, OSB # 105253
Bricklin & Newman, LLP
1424 4th Ave., Ste. 500
Seattle, WA 98101
Tel: (206) 264.8600
Fax: (206) 264.9300
Email: telegin@bnd-law.com

ALLISON LaPLANTE, OSB # 023614
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642
Email: laplante@lclark.edu

*Attorneys for Plaintiff NWEA*