ALBERT LIN, Ca. Bar No. 338253
albert.lin@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-2741

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation, | Case No. 3:12-cv-01751-HZ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant, | |
| and, | |
| STATE OF OREGON, et al., | |
| Intervenor-Defendants. | |

**[PROPOSED] Order**

Upon consideration of the State of Oregon's ("Oregon") and the U.S. Environmental Protection Agency's ("EPA") Joint Motion to Amend Final Order and Judgment - Unopposed, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines established by Paragraph 4 of the Final Order and Judgment (ECF 207) and the Order Amending Final Order and Judgment (ECF 224) by which Oregon is to submit and EPA is to approve replacement temperature Total Maximum Daily Loads ("TMDLs") for certain waters that are the subject of the Final Order and Judgment are hereby extended by eight months. EPA shall complete its final agency actions approving or disapproving the replacement TMDLs by the dates listed below. Oregon shall submit TMDLs it establishes to EPA at least 30 days in advance of the dates listed below. The deadlines for such TMDLs are as follows:

| TMDL | Deadline for EPA Approval or Disapproval |
|---|---|
| Southern Willamette Subbasins | September 15, 2024 |
| Mid-Willamette Subbasins | September 15, 2024 |
| Lower Willamette Subbasins | September 15, 2024 |
| Sandy Subbasin | September 15, 2024 |
| Willamette River Mainstem and Major Tributaries | February 28, 2025 |
| North Umpqua Subbasin | February 28, 2025 |
| South Umpqua and Umpqua Subbasins | February 28, 2025 |
| Applegate, Illinois, Lower Rogue, and Middle Rogue Subbasins | April 17, 2026 |
| John Day Basin | April 17, 2026 |
| Upper Rogue Subbasin | April 17, 2026 |
| Snake River-Hells Canyon | June 4, 2027 |
| Lower Grande Ronde, Imnaha, and Wallowa Basins | June 4, 2027 |
| Middle Columbia-Hood, Miles Creeks Basins | June 4, 2027 |
| Umatilla Basin-Walla Walla Subbasin | May 29, 2028 |
| Willow Creek Subbasin | May 29, 2028 |
| Malheur Subbasins | May 29, 2028 |

The foregoing new deadlines also replace the deadlines referenced in Paragraph 5 of the Final Order and Judgment and listed in the map attached as Attachment A to the Order.

DATED this _____ day of October 2023.

_____
Marco A. Hernandez
United States District Judge