DAN RAYFIELD
Attorney General
CHRISTINA L. BEATTY-WALTERS #981634
SADIE FORZLEY #151025
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: tina.beattywalters@doj.oregon.gov
       sadie.forzley@doj.oregon.gov

Attorneys for Intervenor-Defendant State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency,<br><br>    Defendant,<br><br>        v.<br><br>STATE OF OREGON, OREGON WATER QUALITY STANDARDS GROUP, and FRESH WATER TRUST<br><br>    Intervenor-Defendants | Case No. 3:12-cv-01751-HZ<br><br>NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
           SF/ek4/993048404

Please take notice that Senior Assistant Attorney General Christina L. Beatty-Walters of the Oregon Department of Justice now represents the Intervenor-Defendant State of Oregon in this case as lead counsel and requests that she be included on the service of all notices, pleadings and other documents filed in this case. Sadie Forzley, Senior Assistant Attorney General continues as co-counsel of record.

The address for the receipt of all correspondence and pleadings remains the same.

DATED June __18__, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General

        *s/ Christina L. Beatty-Walters*
        CHRISTINA L. BEATTY-WALTERS #981634
        SADIE FORZLEY #151025
        Senior Assistant Attorneys General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Tina.BeattyWalters@doj.oregon.gov
        Sadie.Forzley@doj.oregon.gov
        Of Attorneys for Intervenor-Defendant State of Oregon

Page 2 -   NOTICE OF APPEARANCE
       SF/ek4/993048404

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000